FILED
November 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )   Case No. Cr-S-06-0460 WBS
v.                        )
                          )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
TONYA VICTORIA MEREDITH,  )
                          )
        Defendant.        )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Tonya Victoria Meredith, Case No. Cr S-06-0460 WBS, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 25,000.00

_X_ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) Pretrial Services supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 20, 2006 at 2:40 pm.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal