**FILED**
February 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Tonya Meredith ) <br> ) <br> Defendant. ) | Case No. 2:06-cr-460 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Tonya Meredith_ Case _2:06-cr-460 WBS_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_ Release on Personal Recognizance

    \_ Bail Posted in the Sum of _____

    X Unsecured bond - *previously ordered*

    \_ Appearance Bond with 10% Deposit

    \_ Appearance Bond secured by Real Property

    \_ Corporate Surety Bail Bond

    X (Other)_ PTS conditions/supervision_ *& 3RD PARTY CUSTODY*

Issued at _Sacramento, CA_ on _2/5/07_ at _2:52 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge