1    DANIEL BRODERICK, Bar #89424
     Acting Federal Defender
2    Lexi Negin, D.C. Bar #446153
     Assistant Federal Defender
3    801 I Street, 3rd  Floor
     Sacramento, California  95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     TONYA MEREDITH
6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )     Cr.S. 06-460-WBS
                                      )
11                    Plaintiff,      )     STIPULATION AND ~~PROPOSED~~ ORDER
                                      )     TO CONTINUE REVOCATION
12            V.                      )     HEARING
                                      )
13   TONYA VICTORIA MEREDITH,         )     Judge:  William B. Shubb
                                      )
14                    Defendant.      )
                                      )
15                                    )

16   _____

17

18          This case is currently scheduled for a hearing on the petition to revoke Ms. Meredith's probation on

19   Monday, April 2, 2007.  The attorneys for both parties have conferred and agree that additional time is

20   needed for defense investigation and preparation of the case.

21          The parties, through their respective counsel, hereby stipulate and agree that the probation

22   revocation hearing scheduled in this case for April 2, 2007, be continued until April 9, 2007.

23          A proposed order is attached and lodged separately for the court's convenience.

24   DATED: April 2, 2007

25

26

27

28                                          1

1                    Respectfully submitted,

2    McGREGOR W. SCOTT                         DANIEL BRODERICK
     United States Attorney                    Federal Defender

3

4

     by:  /Lexi Negin for Michelle Rodriguez            /s/ Lexi Negin
5    MICHELLE RODRIGUEZ                         LEXI NEGIN
     Assistant U.S. Attorney                    Assistant Federal Defender
6    Attorney for United States                 Attorney for Tonya Meredith

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1

1

2                        IN THE UNITED STATES DISTRICT COURT

3                       FOR THE EASTERN DISTRICT OF CALIFORNIA

4

UNITED STATES OF AMERICA,        )        Cr.S. 06-460-WBS
5                                 )
                 Plaintiff,       )
6                                 )        ORDER CONTINUING PROBATION
         V.                       )        REVOCATION HEARING
7                                 )
TONYA VICTORIA MEREDITH,          )
8                                 )
                 Defendant.       )
9                                 )
                                  )
10  _____

11

12

          For the reasons set forth in the stipulation of the parties, filed on April 2, 2007, IT IS HEREBY
13
ORDERED that the probation revocation hearing currently scheduled for April 2, 2007, be continued until
14
April 9, 2007, at 8:30 a.m.
15

16
Dated:  April 2, 2007
17

18        _____
          WILLIAM B. SHUBB
19        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28                                          2