# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**TONYA VICTORIA MEREDITH**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:06CR00460-01**

Alexandra Negin, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of charge(s) 1, 2 and 3 as alleged in the violation petition filed on 7/27/2007.
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Participate in an Inpatient Correctional Treatment Program, as Directed by the Probation Officer | 7/3/2007 |
| 2 | Failure to Participate in a Drug Testing Program, as Directed by the Probation Officer | 716/2007, 7/19,2007 and 7/23/2007 |
| 3 | Failure to Follow the Instructions of the Probation Officer | 7/23/2007 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 5/7/2007.

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) _____ is/are dismissed, upon motion made by the Government.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 27, 2007
Date of Imposition of Judgment

Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

September 4, 2007
Date

CASE NUMBER:      2:06CR00460-01                                                                       Judgment - Page 3 of 4
DEFENDANT:        TONYA VICTORIA MEREDITH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   three (3) months, with no further supervision to follow.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _____ on _____.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                                    _____
                                                                                    UNITED STATES MARSHAL

                                                                                    By _____
                                                                                         Deputy U.S. Marshal

CASE NUMBER:           2:06CR00460-01                                                                    Judgment - Page 4 of 4
DEFENDANT:             TONYA VICTORIA MEREDITH

# CRIMINAL MONETARY PENALTIES

Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.